█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE SAXTON, Appellant. [909 NYS2d 410]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed January 16, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Angiolillo, Eng and Roman, JJ., concur.